1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BEN GALLOWAY, Bar #14897
   Staff Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  LORRETTA LEISERSON

8

9                  IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,        ) No. Cr.S. 08-0096-GGH
                                    )
14              Plaintiff,          )
                                    ) STIPULATION AND ORDER
15    v.                            )
                                    )
16 LORRETTA LEISERSON,              ) Date: May 7, 2008
                                    ) Time:  2:00 p.m.
17              Defendant.          ) Judge: Hon. Gregory G. Hollows
                                    )
18 _____  )

19

20      The United States of America, through MATTHEW STEGMAN, Assistant

21 United States Attorney, together with defendant, LORRETTA LEISERSON by

22 and through her counsel BEN GALLOWAY, Staff Attorney of the Federal

23 Defenders Office, stipulate initial appearance/change of plea set for

24 March 31, 2008 be continued to May 7, 2008 at 2:00 p.m.    The reason

25 for this continuance is that Ms. Leiserson is unable to find

26 transportation on the original set date and needs additional

27 / / /

28 / / /

```
 1  time to repair a vehicle.  There is no transportation available to have
 2  her in court by 9:00 a.m.
 3
 4
    Dated:  March 27, 2008
 5                                          Respectfully submitted,
 6                                          DANIEL J. BRODERICK
                                            Federal Defender
 7
 8                                          /s/ Ben Galloway
 9                                          _____
                                            BENJAMIN GALLOWAY
                                            Staff Attoreny
10                                          Attorney for Defendant
                                            LORRETTA LEISERSOM
11
12
    Dated: March 27, 2008                   MCGREGOR W. SCOTT
13                                          United States Attorney
14
15                                          /s/ Matthew Stegman
16                                          MATTHEW STEGMAN
                                            Assistant U.S. Attorney
17
18                    O R D E R
19
        FOR GOOD CAUSE SHOWING, the hearing for initial appearance
20
    change of plea hearing shall be set on May 7, 2008 at 2:00 p.m.
21
22      IT IS SO ORDERED.
23
24  Dated: 03/31/08                         /s/ Gregory G. Hollows
                                            United States Magistrate Judge
25  lieserson.ord
26
27
28

    Name of Pleading                  -2-
```