DANIEL J. BRODERICK, #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LORETTA LEISERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 08-0096-GGH |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| LORETTA LEISERSON, | ) | |
| Defendant. | ) | Judge: Hon. Gregory G. Hollows |
| _____ | ) | |

  Pursuant to the court's instruction of June 9, 2008, it is hereby stipulated and agreed to between the United States of America through it's undersigned counsel, S. ROBERT TICE-RASKIN, Assistant United States Attorney, and the defendant through her attorney, BENJAMIN D.

/ / /

/ / /

/ / /

/ / /

/ / /

1  GALLOWAY, Assistant Federal Defender, that the defendant be examined by
2  Dr. Gregory Scholov, M.D., of Sacramento, California.
3       DATED:  June 11, 2008

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Benjamin D. Galloway
                                        _____
                                        BENJAMIN D. GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Loretta Leiserson


                                        /s/ S. Robert Tice-Raskin
   DATED: June 11, 2008_____
                                        S. ROBERT TICE-RASKIN
                                        Assistant U.S. Attorney



        IT IS SO ORDERED.
   DATED: 06/18/08
                                        /s/ Gregory G. Hollows
                                        United States Magistrate Judge
   lieserson.ord2

-2-