DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LORETTA LEISERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08CR0096-GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | Date:  July 14, 2008 |
| | ) | Time:  9:00 a.m. |
| LORETTA LEISERSON, | ) | Judge: Hon. Gregory G. Hollows |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, through S. Robert Tice-Raskin, Assistant United States Attorney, together with defendant, LORETTA LEISERSON, through her counsel, Michael Petrik, Jr., request that the Court continue the status hearing set for July 14, 2008, at 9:00 a.m., to August 4, 2008, at 9:00 a.m.

The parties further agree that the time period from the date of this order through August 4, 2008, should be excluded to allow defense counsel reasonable time to receive and review defendant's mental competency examination report as necessary for counsel's effective preparation, taking into account the exercise of due diligence.

///

///

///

1       Based on this Court's finding that the ends of justice served by

2   granting defendant's request for a continuance outweigh the best

3   interest of the public and the defendant in a speedy trial, the parties

4   further stipulate and agree that for the purpose of computing time

5   under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which

6   trial must commence, the noted time period should be deemed excludable

7   pursuant to 18 U.S.C. § 3161(h)(1)(A), [Local Code A], and 18 U.S.C. §

8   3161(h)(8)(B)(iv), [Local Code T4].

9   Dated:  July 11, 2008                Respectfully submitted,

10                                       DANIEL J. BRODERICK
                                         Federal Defender
11
                                         /s/ M.Petrik
12                                       _____
                                         MICHAEL PETRIK, Jr.
13                                       Staff Attorney/Misdemeanor Unit

14

15  Dated:  July 11, 2008                MCGREGOR W. SCOTT
                                         United States Attorney
16

17                                       /s/ Anne Pings for
                                         _____
                                         S. ROBERT TICE-RASKIN
18                                       Assistant U.S. Attorney

19

20                          **O R D E R**

21       **IT IS SO ORDERED.**

22

23  Dated:   July 11, 2008               /s/ Gregory G. Hollows
    _____
24                                       GREGORY G. HOLLOWS
                                         United States Magistrate Judge
25

26

27

28

-2-