```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Staff Attorney/Misdemeanor Unit
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    LORETTA LEISERSON
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08CR0096-GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: September 4, 2008<br>) Time: 2:00 p.m. |
| LORETTA LEISERSON, | ) Judge: Hon. Gregory G. Hollows |
| Defendant. | ) |

    The United States of America, through S. Robert Tice-Raskin, Assistant United States Attorney, together with defendant, LORETTA LEISERSON, through her counsel, Michael Petrik, Jr., request that the Court continue the status hearing set for September 4, 2008, at 2:00 p.m., to October 20, 2008, at 9:00 a.m.

    The parties further agree that the time period from the date of this order through October 20, 2008, should be excluded to allow defense counsel reasonable time to review defendant's mental competency examination report as necessary for counsel's effective preparation, taking into account the exercise of due diligence. The time will also allow the government to consider defendant's mental competency examination report with an expert, and to retain an expert.

///

1  The parties further agree that the ends of justice served by
2 granting defendant's request for a continuance outweigh the best
3 interest of the public and the defendant in a speedy trial, and that
4 for the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
5 § 3161, et seq., within which trial must commence, the noted time
6 period should be deemed excludable pursuant to 18 U.S.C. §
7 3161(h)(1)(A), [Local Code A], and 18 U.S.C. § 3161(h)(8)(B)(iv),
8 [Local Code T4].

10 Dated: September 3, 2008         Respectfully submitted,
11                                   DANIEL J. BRODERICK
                                     Federal Defender
12
                                     /s/ M. Petrik
13                                   _____
                                     MICHAEL PETRIK, Jr.
14                                   Staff Attorney/Misdemeanor Unit

16 Dated:  September 3, 2008        MCGREGOR W. SCOTT
                                     United States Attorney
17
                                     /s/ Robert Tice-Raskin
18                                   _____
                                     S. ROBERT TICE-RASKIN
19                                   Assistant U.S. Attorney

21                              **O R D E R**
22    **IT IS SO FOUND AND ORDERED.**

24 Dated: 09/05/08                  /s/ Gregory G. Hollows
                                    United States Magistrate Judge
25
   leiserson.eot