McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
ISABEL Y. LIOU
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0096-GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS HEARING AND |
| v. | ) | REFERRING DEFENDANT FOR MENTAL |
| | ) | EXAMINATION PURSUANT TO 18 |
| LORETTA LEISERSON, | ) | U.S.C. § 4241(b) |
| aka LORETTA LYNN JOHNSON, | ) | |
| aka SUSAN LEISERSON, | ) | Date: October 20, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Gregory G. Hollows |
| | ) | |

STIPULATION

The United States of America, through S. Robert Tice-Raskin, Assistant United States Attorney, together with defendant, LORETTA LEISERSON, through her counsel, Michael Petrik, Jr., stipulate to continue the status hearing set for October 20, 2008, at 9:00 a.m., to January 21, 2009, at 2:00 p.m.

///

///

///

///

///

1

1 | The government also moves that the defendant be referred to
2 | Dr. Donald Stembridge, of Yuba City, California, for a mental
3 | examination and report, pursuant to 18 U.S.C. § 4241(b).  Defense
4 | counsel stipulates to the mental examination to be performed by
5 | Dr. Stembridge.
6 | The parties further stipulate that the time period from the
7 | date of this order through January 21, 2009, should be excluded to
8 | allow the examination to determine the mental competency of the
9 | defendant, as well as to permit defense counsel reasonable time to
10 | receive and review defendant's mental competency examination
11 | report as necessary for counsel's effective preparation, taking
12 | into account the exercise of due diligence.
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

The parties further stipulate that the ends of justice served by granting the government's request for a continuance to conduct a competency examination and defendant's request for a continuance for defense preparation outweigh the best interest of the public and the defendant in a speedy trial.  The parties further stipulate and agree that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the noted time period should be deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(A), [Local Code A], and 18 U.S.C. § 3161(h)(8)(B)(iv), [Local Code T4].

DATED: October 16, 2008            Respectfully Submitted,

                                   MCGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ S. Robert Tice-Raskin
                                   S. ROBERT TICE-RASKIN
                                   Assistant U.S. Attorney


DATED: October 16, 2008            DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Michael Petrik, Jr.
                                   MICHAEL PETRIK, Jr.
                                   Staff Attorney
                                   Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.**

Dated: 10/21/08                    /s/ Gregory G. Hollows
                                   United States Magistrate Judge

leiserson.eot2

3