1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MICHAEL PETRIK, Jr., Bar #177913
    Staff Attorney/Misdemeanor Unit
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant
    LORETTA LEISERSON
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   No. 08CR0096-GGH
                                     )
11               Plaintiff,          )   STIPULATION AND ORDER
                                     )
12    v.                             )   Date:  January 21, 2009
                                     )   Time:  2:00 p.m.
13  LORETTA LEISERSON,               )   Judge: Hon. Gregory G. Hollows
                                     )
14               Defendant.          )
    _____ )
15

16       The United States of America, through Matthew C. Stegman,

17  Assistant United States Attorney, together with defendant, LORETTA

18  LEISERSON, through counsel, Michael Petrik, Jr., request that the Court

19  continue the status hearing set for January 21, 2009, at 2:00 p.m., to

20  March 9, 2009, at 9:00 a.m.

21       The parties agree that the Court should exclude the time period

22  from the date of this order through March 9, 2009, to allow Ms.

23  Leiserson to gather sufficient funds to attend the next hearing, and to

24  allow defense counsel reasonable time to review defendant's mental

25  competency examination report as necessary for counsel's effective

26  preparation, taking into account the exercise of due diligence.

27  / / /

28  Stipulation And [Proposed] Order        1                    08CR0096-GGH

1   The parties further agree that the ends of justice served by

2   granting defendant's request for a continuance outweigh the best

3   interest of the public and the defendant in a speedy trial, and that

4   for the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

5   § 3161, et seq., within which trial must commence, the Court should

6   exclude the noted time period pursuant to 18 U.S.C. § 3161(h)(1)(A),

7   [Local Code A], and 18 U.S.C. § 3161(h)(8)(B)(iv), [Local Code T4].

8

9   Dated: January 20, 2009                Respectfully submitted,

10                                          DANIEL J. BRODERICK
                                            Federal Defender

11                                          /s/ M.Petrik

12                                          _____
                                            MICHAEL PETRIK, Jr.
13                                          Staff Attorney/Misdemeanor Unit

14

15  Dated: January 20, 2009                LAWRENCE G. BROWN
                                            Acting United States Attorney
16
                                            /s/ Matthew C. Stegman
17                                          _____
                                            MATTHEW C. STEGMAN
18                                          Assistant U.S. Attorney

19

20                          **O R D E R**

21      **IT IS SO FOUND AND ORDERED.**

22

23  Dated: January 22, 2009

24                                  /s/ Gregory G. Hollows
25                                  _____
26                                  United States Magistrate Judge

    leierson.ord
27

28  Stipulation And [Proposed] Order        2                    08CR0096-GGH