```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Staff Attorney/Misdemeanor Unit
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    LORETTA LEISERSON
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S. 08-0096-GGH |
|---|---|
| Plaintiff, | ) ORDER SEALING RECORD |
| v. | ) |
| LORETTA LEISERSON, | ) |
| Defendant. | ) |

**ORDER**

IT IS ORDERED that the psychiatry report of Gregory Sokolov, M.D., filed on March 23, 2009, herein placed in a sealed envelope, shall be maintained under seal by the clerk of this Court and shall not be made available to the public.

Dated: March 25, 2009.                    /s/ Gregory G. Hollows

                                          United States Magistrate Judge

leiserson.seal

1