```
DANIEL J. BRODERICK, CA Bar #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LORETTA LYNN LEISERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 08-096 GGH |
| Plaintiff, | |
| v. | DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR SELF-SURRENDER |
| LORETTA LYNN LEISERSON, | |
| Defendant. | Judge: Hon. Gregory G. Hollows |

To: **BENJAMIN WAGNER**, United States Attorney, and **APRIL VAN DYKE**, Certified Law Clerk, Attorneys for the Plaintiff:

**PLEASE TAKE NOTICE** that defendant, Loretta Lynn Leiserson, through counsel undersigned is requesting that her self-surrender date be extended from January 4, 2010 by 2:00 p.m. to February 1, 2010 by 2:00 p.m. **No court date is requested**.

**BACKGROUND**

On October 7, 2009, Ms. Leiserson was sentenced to 6 months in BOP custody to be followed by 12 months of supervised release. At that

time the defense asked for, and received, a self-surrender date of January 4, 2010 to give BOP enough time to designate Ms. Leiserson and for her to be able to spend the holidays with her family.  The Judgment and Commitment Order was filed on October 20, 2009.  The Bureau of Prisons has designated Dublin as the facility where Ms. Leiserson is to turn herself in.  Dublin is not a medical facility.

Ms. Leiserson is currently in Oroville Hospital.  The Office of the Federal Defender confirmed her presence there by speaking with a nurse on the floor.  Since that time we have also received a note from Ms. Leiserson's doctor indicating that she was admitted on December 23, 2009 for some sort of infection and that her discharge date cannot be determined at this time.

Defense counsel has contacted the prosecutor and provided the above information.  The government has no objection to this request.

Dated:  December 28, 2009　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　/s/ *Linda C. Harter*
　　　　　　　　　　　　　　　　　　LINDA C. HARTER
　　　　　　　　　　　　　　　　　　Chief Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Loretta Leiserson


**O R D E R**

For the reasons set forth above and good cause appearing it is hereby ordered that:

Defendant Loretta Lynn Leiserson's presently scheduled self-surrender date of January 4, 2010 by 2:00 p.m. be extended to February 1, by 2:00 p.m.  All other orders regarding her sentence and conditions

1  of release are to remain in full force and effect.
2  **IT IS SO ORDERED.**
3  Dated: January 5, 2010

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
4  　　　　　　　　　　　　　　　　　　HON. GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

5  leiserson.eot

Motion to extend self-surrender   -3-